UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. GALLUCCI, | * |
| Plaintiff, | * |
| v. | *   Case No.: **1:06CV00020 (GK)** |
| | *   Judge Gladys Kessler |
| MARK L. SCHAFFER, *et al.*, | * |
| Defendants. | * |

### ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the Defendants.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _/s/ David P. Durbin_
David P. Durbin  #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804
Fax:  (202) 496-2800
E-mail:  d.durbin@jocs-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Entry Of Appearance was mailed, first class and postage prepaid, this 8th day of March, 2006 to:

> Matthew H. Simmons, Esquire
> SIMMONS & ASSOCIATES, CHARTERED
> Suite 345
> 4733 Bethesda Avenue
> Bethesda, MD 20814

_____
David P. Durbin