UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. GALLUCCI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: **1:06CV00020 (GK)** |
| | * | Judge Gladys Kessler |
| MARK L. SCHAFFER, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

Defendants, Mark L. Schaffer, Ashcraft & Gerel, LLP, Martin E. Gerel and James A. Mannino, by and through their undersigned counsel and pursuant to LCvR 7 and Fed. R. Civ. P. 6(b), hereby respectfully move this Honorable Court for the entry of an order enlarging the time within which a responsive pleading must be filed, to and including April 14, 2006.

Counsel for the Plaintiff consents to this relief.

The additional time is appropriate to permit additional investigation of the claims set forth in the Complaint and to permit counsel to meet their requirements under Fed. R. Civ. P. 11.

Accordingly, Defendants respectfully pray that the Consent Motion For An Enlargement Of Time be granted.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By: _____
David P. Durbin  #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804
Fax:  (202) 496-2800
E-mail:  d.durbin@jocs-law.com

## POINTS AND AUTHORITIES

1. LCvR 7.

2. Fed. R. Civ. P. 6(b).

_____
David P. Durbin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion For An Enlargement Of Time Within Which To File A Responsive Pleading was mailed, first class and postage prepaid, this ___8th___ day of March, 2006 to:

Matthew H. Simmons, Esquire
SIMMONS & ASSOCIATES, CHARTERED
Suite 345
4733 Bethesda Avenue
Bethesda, MD  20814

_____
David P. Durbin