UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. GALLUCCI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: **1:06CV00020 (GK)** |
| | * | Judge Gladys Kessler |
| MARK L. SCHAFFER, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**ORDER GRANTING CONSENT MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

Upon consideration of the Consent Motion For An Enlargement Of Time Within Which To File A Responsive Pleading, it is, by this Court, this _____ day of _____, 2006

ORDERED, that Defendants' Consent Motion be, and the same hereby is GRANTED; and, it is further

ORDERED, that the Defendants file their responsive pleading on or before April 14, 2006.

_____
UNITED STATES DISTRICT JUDGE

<u>Copies To</u>:

David P. Durbin, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

Matthew H. Simmons, Esquire
SIMMONS & ASSOCIATES, CHARTERED
Suite 345
4733 Bethesda Avenue
Bethesda, MD  20814