# EXHIBIT A

William T. Gallucci
4519 Harling Lane
Bethesda Md. 20814
656-4249
File # A25-29327
Aug. 30, 85

Dear Kathryn Holbrook

    Per our telephone conversation of Aug. 30, 85, I feel a medical examination to be expensive and unwarented. The last report from Dr. Sawmiller stated;" My back disability and condition is permanent and will not change in the future". Eventhough I am currently having some difficulty with my back, I am following Dr. Sawmillers advice on conservative treatment. Surgery in his opinion would leave my back permanently compromised or alternatively, in much worse shape than I am currently in. Additionally, I would perfer not to be exposed to the necessary amount of radiation that a full spine exam would entail if possible.
    I will be happy to submit to a physical examination by Dr. Sawmiller or Anyone else, if the labor dept. feels the expense is justified or necessary for my claim. I feel it is not. However, I leave this judgement in your hands to decide what you think is best in my case.
    Lastly, I am somewhat unsure of form CA 1032-0484 because I felt my loss of wage earning capacity which was computed in 1974 was fixed and subject only to inflation. Any increass has been due to C.P.I. only.
    Their is a large gap between the salary or wages I receive now and the salary at the office where I was injured and lost my job at. The rate of pay at the Bureau of Engraving and Printing is $21.29 per hour approximately. I will not be able to make such a salary and am left with a permanent disability and constant back pain.

436

With that brief history in mind, I have two children and to my knowledge, the compensation rate has never been adjusted to reflect the additional needs of the children. Additionally, this is only the second time in the history of my claim that someone looked into my claim. I have asked for help and support many times in the past and all my requests fell on dead ears. The Labor dept never wanted to admit to making errors in my case, they would say that, "it fell through the cracks", and I wasn't paid properly and my case was mishandled. However, they couldn't do anything. The back pay that was due me was very high and would cause much embarassement. However, I lost my house, car and my family suffered, why should I always have to pay? I fought in a combat unit and was decorated in Viet-Nam, then the labor dept didn't aide me when I needed help and I lost everything. I am not anxious for history to repeat itself.

    I would enjoy further communication between between you and I concerning my claim. I can be reached by phone M.W. and F befor 9:00 am by calling 656-4249, or reached by mail. I have questions about what it means to be on disability and what rights I have.

Thank You,

William Allucci

435