# EXHIBIT B



William T. Gallucci
4712 Chestnut St.
Bethesda 20814 MD
Fri, Feb 10, 1989
Case #A25029327

Dear Mr. Cain:

I am seeking *retroactive* compensation benefits from Feb 21 1975 until July 1, 1983. I also wish to discuss my future with a representative of OWCP concerning my current educational needs and goals. Feb 21 1975 is the date of the loss of wage earning capacity and the reduction of my compensation benefits. Additionally, I would like to *appeal* the earlier loss of wage earning capacity decision, I was never instructed as to appeal rights and the numerous attorneys I contacted would not take my case because of the way OWCP is organized. I was told that it would cost more money than their time was worth more and that OWCP sets the fee of attorneys so help was impossible.

Since my accident, I was in school following the *doctors orders* and overlooked by OWCP. It was stated that I qualify for the position of a laboratory technician which was totally not true. and lead to the compensation being cut by 60%. Additionally, when I met with vocational rehabilitation, I was not offered any training for a laboratory technician. I was told that I could only be rehabilitated as a cab dispatcher. However, this was after my benefits were cut. and was in contrary to the initial decision. I feel and I was informed by Mr. Terry, that" my case had fell through the cracks." I believe I



have been handed a grave injustice by the labor department for I lost my house because the compensation cut forced me to sell and my family suffered very much. Additionally, I realize I will need a sedentary position soon and I am currently in a full time degree program that meets all my physical limitation needs and provides a *career* opportunity at the end of studies. My graduation date is June 1994.

From 1974 onward, I was never trained by anyone nor given any assistance from workmans compensation. Mr. Lauterbaugh refer me to vocational rehabilitation, and the individual their never developed a plan for rehabilitation  To reiterate, at one point I was told that I could be reeducated as a cab dispatcher but that their was no other training available. My compensation was cut because of a loss of wage earning capacity ruling that I could be rehabilitated as a cab dispatcher in contrast to the laboratory technician. I was not trained to do the work they said I could do and had no experience which was again in contradiction to the offer of a cab dispatcher. The first time I contacted Mr. Terry, was in 1974, with no reply. Again, in 1978 with also no reply and later in person on two occasions, with no help or reply except that *my case fell through the cracks*. See enclosed letters requesting assistance.

I feel I have been treated most unfairly by the labor Dept. and seek full retroactive compensation for the training. I also wish to discuss my future with a representative of OWCP concerning my current educational needs and goals. consistent with my limitations.

Sincerely,