# EXHIBIT C

PHONE (415) 731-3526                                              FAX (415) 239-2489

*Mark Coby*
ATTORNEY AT LAW
930 IRVING STREET
SAN FRANCISCO, CALIFORNIA 94122

January 16, 1997

U.S. Department of Labor
Office of Workers' Compensation Programs
PO Box 194730
San Francisco, CA 94119-4730

RE: **Case File No. 94402-25-457163**

To Whom This May Concern:

    Please find enclosed an authorization form authorizing me to represent **William T. Gallucci** in his claim for Federal Workers' Compensation benefits and a request for a complete copy of the file to be sent to my office.

    Please file this authorization in the appropriate files and ensure that I receive both a copy of the file and any further documents pertaining to these matters.

Very truly yours,

Mark Coby

MC/cl
Enclosures
cc: client

PHONE (415) 731-3526   FAX (415) 239-2489



*Mark Coby*
ATTORNEY AT LAW
930 IRVING STREET
SAN FRANCISCO, CALIFORNIA 94122

December 22, 1996

US DEPARTMENT OF LABOR
Office of Workers' Compensation Programs
71 Stevenson Street
PO Box 3769
San Francisco, CA 94119-3769

RE: **Case File No. 94402-25-457163**

To Whom This May Concern:

I hereby authorize you to release any and all records to my attorney, MARK COBY, as he may request. This includes, but is not limited to, any and all medical records, including psychological records, maintained as part of my file in my Federal Workers' Compensation action, file number above.

Please be advised that MARK COBY is my authorized representative to represent me before the Department of Labor for my workers' compensation claim in every aspect. I request that all notices and copies of all other communications be sent to my authorized representative.

DATED: 1-10-96        SIGNED: _____
                              William T. Gallucci