# EXHIBIT E

UNITED STATES GOVERNMENT

# Memorandum

DEPARTMENT OF THE TREASURY
BUREAU OF ENGRAVING AND PRINTING

TO: Mr. William T. Gallucci
Post Office Box 31193
Temple Hills, Maryland

DATE: June 10, 1974

FROM: Superintendent, Plate
Printing Division

SUBJECT: Notice of Termination During Probation

1. You are hereby notified that your services will be terminated during probationary period effective June 28, 1974 because of your physical inability to perform the arduous duties of an Apprentice Plate Printer or Plate Printer. You were appointed to this Bureau as an Apprentice Plate Printer on July 9, 1972 subject to the satisfactory completion of a one-year probationary period. You have been continuously absent and in a leave without pay status since April 24, 1973 because of a back injury. Leave without pay in excess of 22 work days does not count for service toward completion of a probationary period but extends the probationary period by an equal amount of time in a pay status. Consequently, you have not completed your probationary period.

   You are currently receiving compensation from the Office of Federal Employees' Compensation because of your back condition. This action terminating your services and removing your name from the rolls of this Bureau in no way diminishes your rights to continued benefits under the Federal Employees' Compensation Act. However, when employees have been absent for one year because of a work-related injury the Civil Service Commission urges agencies to review the case, and advises that if the review indicates the employee cannot return to work, appropriate steps should be taken to separate the employee. In your case, our medical officer has informed us that your chronic back problem will preclude your return to duty as an Apprentice Plate Printer. You are not eligible to apply for disability retirement as you have not had five years of Federal civilian service.

2. You have the right to appeal this action in writing within 15 calendar days from the effective date to the Chief, Appeals Examining Office, U. S. Civil Service Commission, Washington, D. C. if you believe


DEFENDANT'S EXHIBIT

2 - Mr. William T. Gallucci                                June 10, 1974

this action was taken because of marital status or partisan political reasons except as may be required by law, or that it was based on discrimination because of race, color, religion, sex, national origin or improper discrimination because of physical handicap.

3. You have the option, instead of filing an appeal with the Civil Service Commission, to file a discrimination complaint under the Equal Employment Opportunity procedures if you believe that you have been discriminated against on the basis of race, color, religion, sex or national origin. If you wish to file such a complaint, you should contact this Bureau's Equal Employment Opportunity Counselor, Mr. Frank H. Alston, either personally or in writing within 30 calendar days from the effective date of your termination. He may be reached on WO-4-7900, or by letter addressed to him at this Bureau.

4. There is enclosed for your information and guidance a Standard Form 8, "Notice to Federal Employees About Unemployment Compensation". This notice is given you in accordance with Unemployment Compensation for Federal Employees Bulletin No. 13, issued by the Department of Labor.

                                            Superintendent, Plate Printing
                                            Division