# EXHIBIT F

— Job Description —

Plate Printer
WE 5619

The journeyman Plate Printer performs work utilizing a variety of complex and usually high-speed plate-printing presses printing U. S. currency, postage and revenue stamps, bonds, and other government securities from intaglio plates or cylinders. Is fully responsible for press operations, and for meeting quantity and quality standards of printing.

1. Makes press ready to print in accordance with established procedures. Installs and positions plates or cylinders; secures and checks materials needed such as paper, inks, rigging boards, wiping rolls, etc. Lubricates press as necessary, loads press, makes all adjustments of peripheral devices and attachments.

2. Operates the press, stopping and starting it as necessary. Continuously observes production of the press and makes all single and multiple operating adjustments including the impression and plate mechanisms, wiping and polishing devices, ink fountains, feeder and delivery devices, etc. Makes frequent detailed examinations of printing quality, and takes immediate corrective action to minimize spoilage.

3. Stops and secures the press at the end of the production run or shift, and assures the security of all stock. As required, makes reports of press operation and production data.

I. Skills and Knowledges Required:

Must have successfully completed the four-year plate printer apprenticeship, and must continually update technical knowledges of new presses and plate printing techniques.

II. Responsibility:

(a) Supervisory Relationships: Is under the supervision of the Forman who issues oral and/or written instructions regarding press assignments, and who spot-checks printing quality at intervals during the shift. (Specimen sheets of new jobs are sent to Division Superintendent). The Plate Printer may supervise one or more press workers assigned to certain presses to perform attendant non-technical duties, and may be required to train apprentices.

(b) Personal Responsibility: As a Plate Printer assigned to a press, is fully responsible for the safe and proper set-up, operation, and security of the press and its mechanisms. Individually responsible for meeting quantity and quality standards, making frequent inspection of printings, and making the necessary press adjustments to insure continuous production. Is responsible for spoilage, and for safeguarding against loss of stock.

453

III. Physical Effort:

The Plate Printer is exposed to potential skin irritations from the inks and solvents used, and the inherent risk of injury involved with operating large machinery with many moving parts. Lifts wiping rolls, paper, etc., weighing up to 75 pounds.

IV. Working Conditions:

Pressrooms are adequately heated lighted and ventilated. There is usually a high noise level from the presses in operation.