UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. GALLUCCI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: **1:06CV00020 (GK)** |
| | * | Judge Gladys Kessler |
| MARK L. SCHAFFER, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM
<u>UPON WHICH RELIEF MAY BE GRANTED</u>**

Upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted, it is by the Court, on this _____ day of _____, 2006:

ORDERED, that the Motion be and the same hereby is GRANTED; and, it is further

ORDERED, that all claims against the Defendants are hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
David P. Durbin, Esq.
JORDAN COYNE & SAVITS, LLP
Suite 600
1100 Connecticut Ave, N.W.
Washington, D.C. 20036

Matthew H. Simmons, Esq.
SIMMONS & ASSOCIATES, CHARTERED
Suite 345
4733 Bethesda Avenue
Bethesda, MD 20814