**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM T. GALLUCCI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:06CV00020 (GK) |
| | ) Judge Gladys Kessler |
| MARK L. SCHAFFER, et al. | ) |
| | ) |
| Defendants, | ) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF**
**TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

1.      Currently, Plaintiff William T. Gallucci's Opposition to Defendants' Motion To Dismiss is due on or before April 26, 2006.  Plaintiff respectfully requests that the time to file his Opposition be extended to and including May 3, 2006.

2.      Defendants have, through counsel, consented to an extension to and including May 3, 2006, for the Plaintiff to file his Opposition to Defendants' Motion to Dismiss and has authorized Plaintiff to represent that Defendants so consent.  Plaintiff therefore respectfully requests that he be given this additional time to file his Opposition.

3.      No party will be prejudiced by the brief extension sought.

4.      The interests of justice will be served by the brief extension sought.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that his time to file an Opposition to Defendants' Motion to Dismiss be extended to and including May 3, 2006.

Respectfully Submitted,

                                                /s/
                                  Matthew H. Simmons, Esq.
Simmons & Associates, Chartered
7347 Wisconsin Avenue
Suite 200
Bethesda, Maryland 20814
(301) 986-8444 (Phone)
(240) 597-0749 (Fax)

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Consent Motion For Extension of Time For Plaintiff to File an Opposition to Defendants' Motion to Dismiss was mailed, via first class mail, on April 19, 2006 to the following address:

David P. Durbin
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747
Counsel for Defendants

                                                  ____/s/_____
                                                  Matthew H. Simmons