**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM T. GALLUCCI, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No: 1:06CV00020 (GK) |
| | )    Judge Gladys Kessler |
| MARK L. SCHAFFER, et al. | ) |
| | ) |
|    Defendants, | ) |

**ORDER**

UPON consideration of the Consent Motion For Extension of Time for Plaintiff to File Opposition to Defendants' Motion to Dismiss (the "Consent Motion"), it is this 19 day of April, 2006 hereby ORDERED that:

1.    the Consent Motion is GRANTED;

2.    Plaintiff's time to file his Opposition shall be extended to and including May 3, 2006.

_____
JUDGE GLADYS KESSLER

cc:

David P. Durbin
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747

Matthew H. Simmons, Esq.
Simmons & Associates, Chartered
7347 Wisconsin Avenue, Suite 200
Bethesda, Maryland 20814
(301) 986-8444 (Phone)