UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. GALLUCCI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:06CV00020 (GK) |
| ) | Judge Gladys Kessler |
| MARK L. SCHAFFER, et al. ) | |
| ) | |
| Defendants, ) | |

**SECOND MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

1. Currently, Plaintiff William T. Gallucci's Opposition to Defendants' Motion To Dismiss is due on or before May 3, 2006. Plaintiff respectfully requests that the time to file his Opposition be extended one week to and including May 10, 2006.

2. Counsel for Plaintiff has attempted to contact counsel for Defendant to get consent for this motion, but has been unsuccessful in contacting counsel for Defendant.

3. Plaintiff is currently engaged in a trial in the District of Columbia Superior Court (*AssetOne Construction, LLC v. Jim Roy*., Civil Action Number 05ca000775) - this trial was expected to last two days but is currently in its fourth day and expected to go into Thursday as well. It was unforseen that this trial would last five days.

4. Plaintiff needs additional time to prepare an opposition to Defendants' Motion.

4. Plaintiff has previously sought, and been granted, an extension of time to file an opposition to Defendants' Motion to Dismiss.

5. No party will be prejudiced by the brief extension sought.

6. The interests of justice will be served by the brief extension sought.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that his time to file an Opposition to Defendants' Motion to Dismiss be extended to and including May 10, 2006.

Respectfully Submitted,

_____/s/_____
Matthew H. Simmons, Esq.
Simmons & Associates, Chartered
7347 Wisconsin Avenue
Suite 200
Bethesda, Maryland 20814
(301) 986-8444 (Phone)
(240) 597-0749 (Fax)

Counsel for Plaintiff

## CERTIFICATE REGARDING CONSENT

     I hereby certify that consent for the foregoing Motion was sought from counsel for Defendants in this matter. On May 2, 2006 at approximately 4:45 p.m. an associate in my office, Seann P. Malloy, called counsel for Defendants to seek consent for this Motion, however, Mr. Malloy was unable to reach counsel for Defendants.


                                          _____/s/_____
                                          Matthew H. Simmons, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Second Motion For Extension of Time For Plaintiff to File an Opposition to Defendants' Motion to Dismiss was mailed, via first class mail, on May 3, 2006 to the following address:

David P. Durbin
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747
Counsel for Defendants


_____/s/_____
Matthew H. Simmons