## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. GALLUCCI, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARK L. SCHAFFER, et al. )<br>)<br>    Defendants, ) | Case No: 1:06CV00020 (GK)<br>Judge Gladys Kessler |

### ORDER

UPON consideration of the Second Motion For Extension of Time for Plaintiff to File Opposition to Defendants' Motion to Dismiss (the "Motion for Extension of Time"), it is this ____ day of May, 2006 hereby ORDERED that:

1. the Motion for Extension of Time is GRANTED;

2. Plaintiff's time to file his Opposition shall be extended to and including May 10, 2006.

_____
JUDGE GLADYS KESSLER

cc:

David P. Durbin
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747

Matthew H. Simmons, Esq.
Simmons & Associates, Chartered
7347 Wisconsin Avenue, Suite 200
Bethesda, Maryland 20814
(301) 986-8444 (Phone)