# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. GALLUCCI,            )<br>                                                  )<br>    Plaintiff,                           )<br>                                                  )<br>    v.                                        )<br>                                                  )<br> MARK L. SCHAFFER, et al.    )<br>                                                  )<br>    Defendants,                       ) | Case No: 1:06CV00020 (GK)<br>Judge Gladys Kessler |

## PRAECIPE

Seann Malloy, Esq. spoke with counsel for the Defendants, David Durbin, this morning, and Mr. Durbin consents to Plaintiff's second request for an extension of time (until May 10, 2006) to file Plaintiff's Opposition to Defendant's Motion to Dismiss.

                                                                        Respectfully Submitted,

                                                                   _____/s/_____
                                                                   Matthew H. Simmons, I.D. #3670
                                                                   Simmons & Associates, Chartered
                                                                   7347 Wisconsin Avenue
                                                                   Suite 200
                                                                   Bethesda, Maryland
                                                                   (301) 986-8444
                                                                   (240) 597-0749
                                                                   Counsel for Plaintiff