UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. GALLUCCI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: **1:06CV00020 (GK)** |
| | * | Judge Gladys Kessler |
| MARK L. SCHAFFER, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## REPORT TO THE COURT PURSUANT TO LCvR 16.3

The Parties hereto, by and through their respective counsel, hereby report that they have conferred and can provide the following report pursuant to LCvR 16.3(d):

(1)     The Defendants have filed a dispositive Motion which is pending. The Parties recommend that discovery and other matters, including the entry of a scheduling order, be deferred pending a decision on that Motion.

(2)     The date by which any other party should be joined or pleadings amended: 90 days from the close of discovery.

(3)     The Parties do not agree that the case should be assigned to a Magistrate Judge for all purposes at this stage.

(4)     At this stage, settlement does not appear likely.

(5)     The Parties propose ADR at the conclusion of all discovery (as appropriate).

(6)     Both parties anticipate filing Motions for Summary Judgment at the close of discovery if appropriate. The date for dispositive Motions to be filed should be set approximately three weeks after discovery closes.

(7) The Parties will exchange initial disclosures under Fed. R. Civ. P. 26(a)(1).

(8) If the case proceeds, the Parties agree that six (6) months for discovery would be appropriate and the discovery schedule can be entered after the resolution of the Motion To Dismiss.

(9) The Parties agree that expert witness reports should be exchanged with the Plaintiff designating his experts first, and the Defendants designating their experts 30 days thereafter.

(10) This is not a class action matter.

(11) At this stage, bifurcation of trial and/or discovery does not appear necessary.

(12) The date for the pretrial conference should be set after the Court rules on the pending Motion To Dismiss.

(13) The trial date can be set at the time of the pretrial conference.

(14) Certain issues pending in this case are the subject of a matter which is on appeal to the United States Court of Appeals for the District of Columbia Circuit in <u>Gallucci v. Chao, Elaine L.</u> (D.C. Cir. App. No. 05-5280).

Respectfully submitted,

SIMMONS & ASSOCIATES, CHARTERED

By: _____/s/_____
   Matthew H. Simmons  #14700
   4733 Bethesda Avenue
   Suite 345
   Bethesda, MD  20814
   (301) 986-8444
   Fax:  (240) 597-0749
   E-mail:  Matt@HoyaLaw.com

Counsel for Plaintiff

JORDAN COYNE & SAVITS, L.L.P.


By:_____/s/_____
   David P. Durbin  #928655
   1100 Connecticut Avenue, NW
   Suite 600
   Washington, DC  20036
   (202) 496-2804
   Fax:  (202) 496-2800
   E-mail:  d.durbin@jocs-law.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Report To The Court Pursuant To LCvR 16.3 was mailed, first class and postage prepaid, this _____9\_\_ day of May, 2006 to:

>David P. Durbin  #928655
>1100 Connecticut Avenue, NW
>Suite 600
>Washington, DC  20036
>(202) 496-2804
>Fax:  (202) 496-2800

>_____/s/_____
>Matthew H. Simmons