**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WILLIAM T. GALLUCCI,                          *
                                              *
            Plaintiff,                        *
                                              *
      v.                                      *      Case No.: **1:06CV00020 (GK)**
                                              *      Judge Gladys Kessler
MARK L. SCHAFFER, *et al.*,                   *
                                              *
            Defendants.                       *

**CONSENT MOTION TO FILE PREVIOUSLY OMITTED**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE**
**A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND FOR OTHER RELIEF**

Defendants, Mark L. Schaffer, Ashcraft & Gerel, LLP, Martin E. Gerel and

James A. Mannino ("Defendants"), by and through their undersigned counsel and

pursuant to LCvR 7 and with the consent of counsel for the Plaintiff, hereby respectfully

move this Honorable Court for the entry of an Order permitting the filing, *nunc pro tunc*,

of the attached Memorandum Of Points And Authorities In Support Of Defendants'

Motion To Dismiss For Failure To State A Claim Upon Which Relief May Be Granted.

As grounds for this relief, Defendants state that through an oversight, at the time

that the subject Motion To Dismiss For Failure To State A Claim Upon Which Relief

May Be Granted was filed on April 10, 2006, the accompanying Memorandum Of Points

And Authorities was omitted.  The accompanying Memorandum Of Points And

Authorities is required to complete the record for the Court which was intended to be

made in support of the Motion.

Counsel for the Plaintiff consents to this relief.

Defendants agree that Plaintiff's response time should be extended to May 22, 2006.

Accordingly, Defendants respectfully pray that their Consent Motion be granted.

Respectfully submitted,

JORDAN COYNE & SAVITS, L.L.P.

By:_____

David P. Durbin  #928655
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036
(202) 496-2804
Fax:  (202) 496-2800
E-mail:  d.durbin@jocs-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion To File Previously Omitted Memorandum Of Points And Authorities In Support Of Defendants' Motion To Dismiss For Failure To State A Claim Upon Which Relief May Be Granted And For Other Relief was mailed, first class and postage prepaid, this ____9th____ day of May, 2006 to:

Matthew H. Simmons, Esquire
SIMMONS & ASSOCIATES, CHARTERED
Suite 345
4733 Bethesda Avenue
Bethesda, MD  20814

_____
David P. Durbin