UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. GALLUCCI, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: **1:06CV00020 (GK)** |
| | * | Judge Gladys Kessler |
| MARK L. SCHAFFER, *et al.*, | * | |
| Defendants. | * | |

**ORDER GRANTING CONSENT MOTION TO FILE PREVIOUSLY
OMITTED MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM UPON WHICH
RELIEF MAY BE GRANTED AND FOR OTHER RELIEF**

Upon consideration of the Consent Motion To File Previously Omitted Memorandum Of Points And Authorities In Support Of Defendants' Motion To Dismiss For Failure To State A Claim Upon Which Relief May Be Granted And For Other Relief, it is, by this Court, this _____ day of _____, 2006

ORDERED, that the Consent Motion be, and the same hereby is GRANTED; and, it is further

ORDERED, that the Memorandum Of Points And Authorities In Support Of Defendants Motion To Dismiss For Failure To State A Claim Upon Which Relief May Be Granted is hereby deemed filed, *nunc pro tunc*, as of April 10, 2006; and, it is further

ORDERED, that the Plaintiff file his Opposition on or before May 22, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies To:

David P. Durbin, Esquire
JORDAN COYNE & SAVITS, L.L.P.
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

Matthew H. Simmons, Esquire
SIMMONS & ASSOCIATES, CHARTERED
Suite 345
4733 Bethesda Avenue
Bethesda, MD  20814