**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM T. GALLUCCI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK L. SCHAAFER, et al. )<br>)<br>Defendants. ) | Case No: 1:06cv00020 (GK) |

**ORDER**

UPON consideration of the Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted, and Supporting Memoranda and Plaintiff's Opposition and Supporting Memoranda thereto, it is this _____ day of _____, 2006 hereby

ORDERED, that the Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted is **DENIED.**

_____
Judge

cc:

Matthew H. Simmons
Simmons & Associates, Chartered
7347 Wisconsin Avenue, Suite 200
Bethesda, Maryland 20814
(301) 986-8444

David P. Durbin
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036