## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. GALLUCCI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:06cv00020 (GK) |
| | ) | |
| MARK L. SCHAAFER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

NOW COMES, the Plaintiff, William T. Gallucci, by and through his undersigned counsel Matthew H. Simmons and Simmons & Associates, Chartered and hereby respectfully files this Opposition to Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted.  The grounds for this Opposition are more particularly set forth in the attached Memorandum in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted, and is incorporated herein by reference.

Dated May 21, 2006

Respectfully Submitted,

_____/s/_____
Matthew H. Simmons
Bar No: MD14700
Simmons & Associates, Chartered
7347 Wisconsin Avenue
Suite 200
Bethesda, Md 20877
(301) 986-8444

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing Plaintiff's Opposition to Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted, together with its accompanying Memorandum and Points of Authority and proposed Order, was mailed, first class and postage prepaid, or electronically provided, this May 22, 2006 to:

David P. Durbin
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036


                                    _____/s/_____
                                      Matthew H. Simmons