UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM GALLUCCI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06CV00020 |
| Mark L. Shaffer, et al | ) |
| Defendants. | ) |

## Entry of Appearance

Clerk of the Court:

    Kindly please enter the appearance of Leslie S. McAdoo as co-counsel for William Gallucci in the above captioned matter. Please note that Matthew H. Simmons remains lead counsel on behalf of Mr. Gallucci.

    Respectfully submitted,

_____
Leslie S. McAdoo, #456781
Leslie McAdoo Chartered
1140 19th Street, N.W.
Washington, DC  20036
(202)293-0534 telephone
(202)315-3008 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of September 2006, a copy of the foregoing Entry of Appearance for counsel was served either by first class mail, postage prepaid, or electronically to:

>Matthew H. Simmons, Esq.
>Simmons and Associates, Chartered
>7347 Wisconsin Avenue
>Suite 200
>Bethesda, MD 20814
>
>David P. Durbin, Esq.
>Jordan Coyne & Savits, LLP
>1100 Connecticut Avenue NW
>Suite 600
>Washington, DC 20036

_____

Leslie McAdoo