UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM T. GALLUCCI,**          )<br>                                   )<br>       **Plaintiff,**              )<br>                                   )<br>    v.                             )<br>                                   )<br>**MARK L. SCHAFFER, et al.**       )<br>                                   )<br>       **Defendants.**             )<br>_____) | Civil Action No. 06-020 (GK) |

**O R D E R**

On April 10, 2006, Defendants filed a Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted [Dkt No. 4]. Plaintiff submitted an Opposition to Defendants' Motion to Dismiss in which he requested further opportunity to respond to Defendants' Motion if it is converted to a Motion for Summary Judgment. Pl.'s Opp'n 1 n.1.

Because the Court is considering materials outside of the pleadings that Defendants use to support their Motion, the Motion to Dismiss shall be treated as a Motion for Summary Judgment. See Fed. R. Civ. P. 12(b); FOP Dep't Corr. Labor Comm. v. Williams, 375 F.3d 1141, 1144 (D.C. Cir. 2004). Upon consideration of Plaintiff's request, and the entire record herein, it is hereby

**ORDERED** that, **no later than July 12, 2007,** Plaintiff shall file his supplemental briefing on the converted Motion for Summary

Judgment.[1]  Defendants shall file any response **no later than July 20, 2007.**


June 29, 1007                               /s/                        
                                        Gladys Kessler
                                        U.S. District Judge

**Copies to**: **attorneys on record via ECF**

---

[1] The Court notes that Plaintiff has already had one opportunity to respond to Defendants' exhibits and did so in his Opposition.  Pl.'s Opp'n 10-11.