UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM T. GALLUCCI,           )
                               )
    Plaintiff,                 )
                               )
v.                             )    Case No: 1:06CV00020 (GK)
                               )    Judge Gladys Kessler
MARK L. SCHAFFER, et al.       )
                               )
    Defendants,                )

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE SUPPLEMENTAL BRIEFING**

    NOW COMES the Plaintiff, by and through his undersigned counsel, and respectfully requests that this Court grant this Consent Motion and extend the dates for Plaintiff and Defendants to file supplemental briefing and states the following in support:

    1.    On April 10, 2006, Defendants filed a Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted [Docket No. 4]. Defendants asked the Court to consider materials outside the pleadings in their Motion to Dismiss. Plaintiff filed an Opposition and requested the Opportunity to Respond to Defendants' Motion to Dismiss if it was converted into a Motion for Summary Judgement.

    2.    On June 29, 2007, this Court issued an Order indicating it was converting the Motion to Dismiss into a Motion for Summary Judgment and considering materials outside the pleadings. [Docket No. 14]. Accordingly, this Court is allowing Plaintiff to file supplemental briefing on the Motion for Summary Judgment.

    3.    Plaintiff's supplemental briefing is currently due no later than July 12, 2007 and Defendants' response is due no later than July 20, 2007.

    4.    Due to the complexity of the legal issues involved in this case, Plaintiff respectfully

requests that the supplemental briefing schedule be amended to allow Plaintiff additional time to file his supplemental briefing and allow additional time for Defendants to file any response.

5. Additionally, a very close relative of Plaintiff's attorney Matthew H. Simmons has become seriously ill and it is expected Mr. Simmons may travel to San Diego either today or tomorrow.

6. Plaintiff respectfully requests that this Court extend the time for filing his supplemental briefing from July 12, 2007 to July 26, 2007, and for Defendants' response to be due no later than August 9, 2007.

7. Defendants, through counsel, have consented to the relief requested in this Motion.

WHEREFORE the premises considered, Plaintiff respectfully Requests that this Court grant this Consent Motion and extend the time for Plaintiff to file supplemental briefing from July 12, 2007 to July 26, 2007 and for Defendants' response to be due no later than August 9, 2007.

Respectfully Submitted,

\_\_/s/\_ Matthew H. Simmons_____
Matthew H. Simmons, Esq. MD Bar No. 14700
Seann P. Malloy, Esq. DC Bar No. 4903343
Simmons & Associates, Chartered
7347 Wisconsin Avenue
Suite 200
Bethesda, Maryland 20814
(301) 986-8444 (Phone)
(240) 597-0749 (Fax)

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Motion For Extension of Time To File Supplemental Briefing served on Defendants via ECF and was mailed, via first class mail, on July 12, 2007 to the following address:

David P. Durbin
1100 Connecticut Avenue N.W.
Suite 600
Washington, D.C. 20036
(202) 296-4747
Counsel for Defendants


   /s/ Matthew H. Simmons_____
Matthew H. Simmons