UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. GALLUCCI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:06CV00020 (GK) |
| | ) | Judge Gladys Kessler |
| MARK L. SCHAFFER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Supplemental briefing and the record in this case, it is for good cause show this _____ day of _____, 2007, hereby:

ORDERED, that Plaintiff's Consent Motion for Extension of Time to File Supplemental Briefing is hereby GRANTED, and it is further;

ORDERED, that the date for Plaintiff to file his supplemental briefing is hereby extended from July 12, 2007 to July 26, 2007, and it is hereby;

ORDERED, that the date for Defendants to file a response is hereby extended from July 20, 2007 to August 9, 2007.

_____                                    _____
Date                                                                    Hon. Gladys Kessler
                                                                              United States District Judge