**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM T. GALLUCCI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:06cv00020 (GK) |
| | ) | |
| MARK L. SCHAAFER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF MATTHEW H. SIMMONS PURSUANT TO FRCP 56(f)**

I, Matthew H.Simmons, having first been duly sworn, depose and say under oath:

1.      I am an adult citizen of the United States and resident of the State of Maryland and am competent to testify on all matters stated herein upon personal knowledge.

2.      Plaintiff needs to take discovery concerning the telephone records and bills for Ashcraf & Gerel, LLP during the relevant time periods to determine the identify of the attorney who spoke to Plaintiff William Gallucci for approximately forty minutes.

3.      Plaintiff needs to depose, or take other discovery concerning the identity of the attorney who spoke to Plaintiff William Gallucci for approximately forty minutes.

4.      Once the identity of the Ashcraft & Gerel, LLP attorney is ascertained, Plaintiff requires discovery into the nature and substance of the forty minute telephone conversation this attorney had with Plaintiff William Gallucci.

5.      The discovery Plaintiff requires is in the possession or control of Defendants and cannot be ascertained from another source.  This discovery is of material importance because it will show that Defendants actively concealed their wrongdoing from Plaintiff, thereby delaying the discovery of their wrong doing by Plaintiff.

6.      Plaintiff also requires discovery concerning the mental state of William Gallucci.

Plaintiff during the relevant time periods.

7.      Plaintiff needs to take discovery concerning Plaintiff's post-traumatic stress disorder,

serious personality disorder and difficulty with memory and concentration.

8.      Due to Plaintiff's  post-traumatic stress disorder, serious personality disorder and

difficulty with memory and concentration the statute of limitations should not bar him from bringing

his claim for legal malpractice against Defendants.


**I SOLEMNLY AFFIRM UNDER PENALTY OF PERJURY AND UPON PERSONAL
KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING DECLARATION ARE
TRUE AND CORRECT.**


                                        __/s/ Matthew H. Simmons_____
                                        Matthew H. Simmons