UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM T. GALLUCCI,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | Civil Action No. 06-20 (GK) |
| : | |
| **MARK L. SCHAFFER, <u>et al.</u>,** : | |
| : | |
| **Defendants.** : | |

**ORDER**

Plaintiff William T. Gallucci alleges that Defendants, the law firm Ashcraft & Gerel, LLP and three of its lawyers, committed malpractice in 1976 when they failed to advise him that his workers' compensation had been calculated incorrectly. This matter is now before the Court on Defendants' Motion to Dismiss [Dkt. No. 4]. Upon consideration of the Motion, Opposition, Reply, Supplemental Memorandum, Response to Supplemental Memorandum, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted [Dkt. No. 4], which the Court has converted into a motion for summary judgment, is **granted.**

The parties should note that no live claims remain in this case; therefore, this is a final appealable Order subject to Federal Rule of Appellate Procedure 4. <u>See</u> Fed. R. App. P. 4.

August 28, 2007
   /s/
GLADYS KESSLER
U.S. DISTRICT JUDGE

<u>**Copies to**</u>: **attorneys on record via ECF**