## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. GALLUCCI )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARK SCHAFFER et al. )<br>)<br>    Defendants. )<br>_____) | Case No.: 1:06CV00020(GK) |

## **ERRATUM NOTICE OF APPEAL**

Notice is hereby given this 24th day of September 2007, that William T. Gallucci hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on 28 day of August 2007 in favor of Defendants, Mark Schaffer, Aschcraft & Gerel, LLP, Martin E. Gerel and James Mannino against said Plaintiff, William T. Gallucci.

                                                             \_\_/s/ Matthew H. Simmons_____
                                                             Attorney

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party.)

CLERK      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

| | |
|---|---|
| David P. Durbin, Esq.<br>1100 Connecticut Avenue N.W., Suite 600<br>Washington, DC 20036<br>(202) 296-4747<br>Attorney for Defendants | Matthew H. Simmons, Esq.<br>Simmons and Associates, Chartered<br>7347 Wisconsin Avenue. Suite 200<br>Bethesda, MD 20814<br>(301) 986-8444<br>Attorney for Plaintiff |

\\10.0.0.20\files\Client Files\Gallucci, William\NoticeofAppeal.wpd